IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-550-FDW-DSC

| | |
|---|---|
| CHRIS HERR and LISA SOLER,<br><br>Plaintiffs,<br><br>v.<br><br>ORANGE BAKERY, INC., RHEON AUTOMATIC MACHINERY, CO., TAKASHI NUMAO, and YOSHIAKI OKAZAKI,<br><br>Defendants. | ORDER |

**THIS MATTER** is before the Court on the Plaintiffs' Motion to Stay Herr's Deadline to Respond to Orange Bakery Inc.'s Counterclaims and Plaintiffs' Deadline to Respond to Rheon Automatic Machinery Co.'s Motion to Dismiss (document #19). Having conferred with the chambers of the Honorable Frank D. Whitney, the Motion is <u>denied</u>.

**SO ORDERED**.

Signed: August 23, 2016

_____
David S. Cayer
United States Magistrate Judge