# United States District Court
# Western District of North Carolina
# Charlotte Division

|  |  |  |
|---|---|---|
| Lisa Soler<br>Chris Herr**,** | ) | JUDGMENT IN CASE |
|  | ) |  |
| Plaintiff(s), | ) | 3:16-cv-00550-FDW-DSC |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| Orange Bakery, Inc.<br>Rheon Automatic Machinery, Co.<br>Yoshiaki Okazaki<br>Takashi Numao**,**<br>Defendant(s). | ) |  |

DECISION BY COURT. This action having come before the Court on Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 2, 2016 Order.

September 2, 2016

*[signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court